## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ✓      Erie _____      Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ✓ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: RODERICK KING

Is indictment waived: ____ Yes    ✓ No

Pretrial Diversion: ____ Yes    ✓ No

Juvenile proceeding: ____ Yes    ✓ No

Defendant is: ✓ Male    ____ Female

Superseding indictment or information: ____ Yes    ✓ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Butler County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ✓ is in custody    ____ is not in custody

Name of Institution: Clarion County Jail

Custody is on: ____ this charge    ✓ another charge

____ another conviction

✓ State    ____ Federal

Detainer filed: ____ yes    ✓ no

Date detainer filed: _____

Total defendants: 1

Total counts: 3

Data below applies to defendant No.: 1

Defendant's name: RODERICK KING

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1591(a)(1), 1591(b)(2), 1594(a) | Sex Trafficking of a Child and Attempted Sex Trafficking of a Child | ✓ |
| 2 and 3 | 18 U.S.C. § 2251(a) | Production of Material Depicting the Sexual Exploitation of a Minor | ✓ |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: April 27, 2021

/s/ Rebecca L. Silinski
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774