IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-184 |
| RODERICK KING | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Roderick King, Prisoner No. 20-362, Year of Birth: 1989, Black, Male.

2. Detained by: Clarion County Jail, 309 Amsler Ave., Shippenville, PA 16254.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1594(a), and 2251(a).

4. Detainee is presently confined in the Clarion County Jail, Shippenville, PA, awaiting a disposition of state charges.

5. The above case is set for an Initial Appearance at Pittsburgh, PA on June 10, 2021, at 9:30 a.m., before U.S. Magistrate Judge Patricia L. Dodge, and it shall therefore be necessary for detainee to be present in Court at that time.

/s/ Rebecca L. Silinski
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____          _____
DATE                          UNITED STATES MAGISTRATE JUDGE

cc:   United States Attorney