My name is Roderick Andreus King and i'm located at Allegheny County Jail. This letter/motion will be written in a double perspective because my public defender has not indicated if I was being detained by "criminal complaint," "information," or indictment. I felt no need to ask because I received a paper with a list of three charges with the words "Grand Jury Indictment" when I was being detained in Clarion County Prison. If I am charged by "criminal complaint," I'm asking for complaint dismissal because the paper I recieved April 28, 2021 (I believe is a criminal complaint. If I am correct, it has been over 4 months and I have yet to recieve an indictment. If I am indicted I am asking for indictment dismissal with prejudice or without because I was brought here June 9th 2021 via "Detainer Against Unsentenced Prisoner" and I was not brought to trial within 70 days. September 10th I called the Public Defenders office and asked my public defender Livingston "when is trial?", he responded, "there is no trial date." If indictment dismissal for the 70 day rule is not available for my situation I would like to be brought to trial by 120 days, or 180 days, whichever comes first. So if I am indicted I am asking for a final disposition of my charges, and I am requesting a speedy trial as soon as possible. I apologize for my ignorance. My public defender told me September 10th, 2021 via jail call that my pretrial motion deadline was Sept 24, 2021, so I had to put this letter together promptly as possible. I asked my public defender to help me file a motion and he responded "No," I asked "why," he said "Because I don't want to." Therefore I have no assistance. Also at my initial appearance, June 10th, 2021, I was not able to talk to my counsel via video before video court started because his video disconnected (The judge, Rebecca Silinski, and Federal Probation Officer witnessed the event). During the Arraignment my lawyer returned via only audio and asked for a 45 day continuance before video court was over and I did not know what that meant, nor did I consent to it.

CR# 21-184?   Location: Allegheny County Jail  pod 3B
Doc# 195572   Booking# 2021-03180   TID# 019557240191

If I am charged by 'Information' I am asking for dismissal of 'Information' due to possible violations I can not physically prove. Last but not least if the Government failed to obtain custody of me any time during my detention I would like Dismissal of charges under Interstate Agreement on Detainers Act being that I believe the "writ of habeas corpus" was abused.

FILED

SEP 29 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA