Google LLC  USLawEnforcement@google.com
1600 Amphitheatre Parkway  Mountain View, California 94043



December 17, 2020

Special Agent Fina Spory
Department of Homeland Security
3000 Sidney St., Suite 300
Pittsburgh, PA 15203

**Re: Summons dated December 16, 2020 (Google Ref. No. 5178547)**
  *ICE-HSI-PB-2021-00049*

Dear Special Agent Spory:

   Pursuant to the Summons issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

   Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *JENNIFERELDER2017@GMAIL.COM*, as specified in the Summons. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

   Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

   For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

   Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

  Regards,

  Krislyn Jeffries
  Google Legal Investigations Support

Google LLC　　　　　　　　　　　　　　　　　　　　　　　　USLawEnforcement@google.com
1600 Amphitheatre Parkway　　　　　　　　　　　　　　　　　　　　　　　Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.　　I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.　　I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.　　Google provides Internet-based services.

4.　　Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *JENNIFERELDER2017@GMAIL.COM,* with Google Ref. No. 5178547 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Summons.

5.　　The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.　　The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.　　Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s_Krislyn Jeffries_____　　　　　　　　Date: December 17, 2020
(Signature of Records Custodian)


　　　Krislyn Jeffries
(Name of Records Custodian)



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 5178547)**

jenniferelder2017@gmail.com.46968198941.GoogleAccount.SubscriberInfo_001.zip:

MD5- a25e9768091e0159ef775af4659c990c  
SHA512- 4c360f42e18705c58a7603ca06e566720178f70c19df5bc64f4c049b73bc984fe823f17cd2a3f3a2f676968745e893bba1be49d0c00ef7406a301bfc91de3c33