## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Greg Crader, hereby declare:

1. I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL, produced December 14, 2020 in response to legal process served on Apple on December 09, 2020.  I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

   a. made at or near the time by or from information transmitted by someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

   b. kept in the course of a regularly conducted activity of Apple's business; and

   c. made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct

DATED:  December 14, 2020

**APPLE INC.**

By: _____
Name:  Greg Crader
Title:  Legal Specialist, Apple Inc.