# CERTIFICATION

I, Melissa LaForce , hereby certify that to the best of my knowledge, information, and belief:

1. I am a Records Custodian for PNC Bank, National Association, a national banking association.

2. As a Records Custodian, my responsibilities include identifying and authenticating records of PNC Bank, NA.

3. Attached to this certification is a record(s) (hereafter, "Records") of PNC Bank, NA, further identified in the inventory of documents that is also attached to this certification.

4. The record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personally Identifiable Information); was kept in the course of the regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC Bank, NA.

5. I declare under penalty of perjury that the forgoing is true and correct.

Date: 1/28/2021					Signature *Melissa LaForce*