# Snap Inc.

December 15, 2020

*Via Electronic Delivery*
*fina.c.spory@ice.dhs.gov*

Special Agent Fina Spory
HSI Pittsburgh
3000 Sidney St
Pittsburgh, PA 15203

**Re: Subpoena dated December 4, 2020 (Internal Ref. No. 116360795)**

Dear Sir/Madam:

Pursuant to the Subpoena issued in the above referenced matter, Snap Inc., the maker of the Snapchat App, has conducted a diligent search for documents and information available on Snap Inc.'s systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Stored Communications Act, 18 U.S.C. §§ 2701, et seq.

We understand you have requested information regarding the Snapchat identifier(s) fuckabeatiwastr, ▮▮▮▮▮▮▮▮, as specified in the Subpoena. Accompanying this letter is responsive information to the extent reasonably accessible from our systems, and a signed Certificate of Authenticity.

Regards,

*[signature]*

Branda Truong
Snap Inc. Law Enforcement Operations

**Snap Inc.**

## Certificate of Authenticity

I hereby certify:

1. I am an authorized agent of Snap Inc. designated to respond to legal process on behalf of Snap Inc. I have authority to submit this affidavit on behalf of Snap Inc. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. Snap Inc. provides Internet-based Services to its subscribers, including the Snapchat App, its free photo, video, and message sharing service.

3. Attached is a true and correct copy of 1 ZIP file(s) of data associated with the Snapchat identifier(s) fuckabeatiwastr, ▮▮▮▮▮▮▮▮, with Internal Reference No. 116360795 ("Document") produced in response to a Pennsylvania Subpoena dated December 4, 2020.

4. The attached Document is a record made and maintained by Snap Inc. The servers Snap Inc. uses record this data automatically at or near the time it is entered or transmitted by the user; this data is kept in the ordinary course of business activity; and it is the regular practice and custom of Snap Inc. to make such a record.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____   Date: December 15, 2020

Branda Truong
Custodian of Records

Snap Inc.
2772 Donald Douglas Loop North   Santa Monica, CA 90405
www.snap.com  -  www.snapchat.com  -  lawenforcement@snapchat.com